1 **WO**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 97-258-1 PHX-RCB |
| Plaintiff, | **ORDER** |
| vs. | **REVOKING SUPERVISED RELEASE** |
| Jose Salazar-Martinez | |
| Defendant. | |

A petition for revocation of supervised release having been filed and hearings held with the defendant and counsel present, and the defendant having previously admitted violation of special condition #4, paragraphs B of the petition,

IT IS ORDERED revoking the defendant's supervised release and the defendant, Jose Salazar-Martinez, shall be committed to the custody of the Bureau of Prisons for a term of **FOURTEEN (14) MONTHS**.

IT IS FURTHER ORDERED no further supervised release to follow the prison sentence.

IT IS FURTHER ORDERED dismissing allegation A of the petition.

IT IS FURTHER ORDERED recommending the defendant serve his disposition sentence at a facility operated by or in contract to the Bureau of Prisons within the state of Arizona.

The defendant is remanded into the custody of the United States Marshal's Service.

1       The defendant is advised of his right to appeal within 14 days.

2       DATED this 22nd day of September, 2010.

_____
Robert C. Broomfield
Senior United States District Judge